UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**A FAMILY CHOICE CDS, LLC,**

   Plaintiff,

v.                                              No. 4:22-cv-0112-P

**MBP BARCELONA, LLC,**

   Defendant.

## ORDER

Before the Court is Plaintiff's Amended Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), filed July 11, 2022. ECF No. 33. Having reviewed the Motion, relevant docket entries, applicable law, and arguments of counsel, the Court **DENIES** the Motion to the extent that it seeks a temporary restraining order.

To the extent that the Motion seeks a preliminary injunction, the Court concludes that supplemental briefing[1] is necessary. Accordingly, the Court **ORDERS** Plaintiff to file an amended brief in support its motion for a preliminary injunction **by August 1, 2022.** The Court further **ORDERS** Defendant to file a response brief **by August 8, 2022.** The Court further **ORDERS** Plaintiff to file a reply brief **by August 15, 2022.**

**SO ORDERED** on this **18th day** of **July, 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] In addition to the merits of the underlying claims, the Parties' should address whether Plaintiff has established standing.