**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| A FAMILY CHOICE CDS, LLC, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CAUSE NO. 4:22-cv-00112 | |
| § | | |
| MBP BARCELONA, LLC, § | | |
|     Defendant. § | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER**

COME NOW Plaintiff, A Family Choice CDS, LLC., by and through their undersigned, counsel, and Defendant MBP Barcelona, LLC, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 6th day of October 2023,

Respectfully submitted,                                  Respectfully submitted,

*Mark Whitburn*                                          /s/ S. Todd Parks

WHITBURN & PEVSNER, PLLC                                 WALTERS, BALIDO & CRAIN, L.L.P.
Mark Whitburn- 24042144                                  S. Todd Parks - 15526520
Sean Pevsner- 24079130                                   400 East Main Street
2000 E. Lamar Blvd, Suite 600                            Decatur, Texas 76234
Arlington, Texas 76006                                   940-626-8254
817-653-4547                                             214-204-2101 (Facsimile)
817-653-4477 (fax)                                       Email: todd.parks@wbclawfirm.com
mwhitburn@whitburnpevsner.com                            Service of Documents:
                                                         ParksEDocsNotifications@wbclawfirm.com

**ATTORNEYS FOR PLAINTIFF**                              **ATTORNEYS FOR DEFENDANT**

## ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.


Dated: _____, 2023

By: _____
Hon. Mark T. Pittman
United States District Judge
